FILED UNDER SEAL

SCHEDULE A

| Defendant # | Seller Name | Amazon Merchant ID | Amazon ASIN (Product ID(s)) |
|---|---|---|---|
| 1. | SWEETFULL | A4BBO00J6TH94 | B0CNJZRSLC<br>B0CNK1Z9KZ<br>B0CNJNHP5Y<br>B0DDKNKM8Z |
| 2. | AKEJRYM | A32H02MMSTOYN1 | B0DNNMBPXM<br>B0DNNLDN4X<br>B0DNNLHSQH<br>B0F24RRCKP<br>B0DNNKWQ88<br>B0DNNLNT5Y<br>B0F24S6WB2<br>B0DNNLH3L4<br>B0DS9X36J5<br>B0F24QK8KY |
| 3. | Comlife USA | AUMDRMI8Z0GDO | B0D1KKC6SF<br>B0D9GTHJGL |
| 4. | Comoistar | A2UJ5KT24RMMLK | B09WXQDT15<br>B09PH7YKZM |
| 5. | Mililailai | A3DVM2CEOVGJFT | B0DFPS2Y3B<br>B0DPMLK9QD<br>B0DFPX29S1<br>B0DPMNKFJY<br>B0DPMM1RFD |
| 6. | Nuerst | AK89TIQTMC9BS | B0CS9FSW25<br>B0DBVCVM9L |
| 7. | Svinkal | AZZUGYEEDSLNP | B09LQ9LVPM<br>B0DMVC9P8K<br>B09LQBZG9X |
| 8. | Dorobeen | A3MHKA0BQWDD98 | B0BMXF9D8G<br>B09LM69WPW<br>B0BN77NG43 |
| 9. | Sukadar | A2HH9W4LWNC7D3 | B09W29MT5M |
| 10. | AIXIAO | A1GIIBIZJNZSSF | B0D9GYFJYP<br>B0DM8YJ9W2<br>B0D9H6RCKY<br>B0DM92CQ29 |
| 11. | SWEETFULL Technology | A3QS99CNG0SV0O | B0DN1JYD9Z<br>B0DN1KKY2S<br>B0DN1GCG2F |
| 12. | HandFunDirect | A2FRDRKAVE5EIA | B09T315MRR<br>B09T2JSH92 |

FILED UNDER SEAL

| 13. | BuywooDirect | ADT03JCN2H4XL | B0CRS298FW<br>B0CZNGKTJL<br>B0CYQ8C144<br>B0CYQ34CM7<br>B0CYPYBGVR<br>B0CRS1DRFT<br>B0CYQ2C99M<br>B0CYPZ8GY1 |
| --- | --- | --- | --- |
| 14. | TUNISE | A1C6M8I7US3H3X | B0CRQLJ6FD<br>B0CYPSQTZH<br>B0CRQLJNJS<br>B0CYLVQDS8<br>B0CYPSQTZH<br>B0CYPTRPQW |
| 15. | Gototo | A2GNS13Y7IWFUB | B0CRB76JN6<br>B0CRB9F3HM<br>B0CZ8VY1DB<br>B0D12B7V3Y<br>B0CX8KZTY1<br>B0CZ8XWPP7 |
| 16. | JunZe | AV8MVD07CNZGO | B0CRRQ94NY<br>B0CYZ2FNJW<br>B0CRRX7RP<br>B0CWY2C95J<br>B0CY86D8SP |
| 17. | ASNUG | A28S7LB0IG6SL4 | B0CRQJ8JH7<br>B0CRQHVPKS |
| 18. | FrSara | A273KGKE4E27G6 | B0BZF1JY3F |
| 19. | DUKUSEEK | A2QAZM3BUP6OQ7 | B0DXDTXC8B<br>B0DXDX4XRQ |
| 20. | coolsonic | AWONASE8L0HIK | B0DSW34322<br>B0DSVZPNPQ |
| 21. | Quinn Guy | A241C7XE2I2K0A | B0F1TTL9KZ |
| 22. | Simpeak.A Store | A2OEH7AG9ZX0CC | B094J6J3J4 |
| 23. | Delun Store | A1885DT2T8FSAY | B0BRPVN877<br>B0BRPXXGWJ |
| 24. | Telemart Store | A2Q6JMXA5YWBKA | B098SRQLPH |
| 25. | Grandfast | A313VOVW6HABUF | B0DHXSZN82 |
| 26. | YOUSEA | A2T40J8PATKG71 | B09923XX93<br>B0CRV46L1W<br>B099264Q5J |