IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

GUANGDONG AOYUN
TECHNOLOGY CO., LTD.,

    Plaintiff,

v.                                            Civil Action. No. 2:25-cv-477

THE UNINCORPORATED
ASSOCIATIONS IDENTIFIED IN
SCHEDULE A,

    Defendants.

## **ORDER**

This matter is before the Court on Plaintiff's *Ex Parte* Motion for Service of the Complaint by Email, Dkt. No. 7, *Ex Parte* Motion for Expedited Discovery, Dkt. No. 7, and *Ex Parte* Motion for Temporary Restraining Order, Dkt No. 13. For the reasons stated on the record, the Court GRANTS, as described below, Plaintiff's Motion for Expedited Discovery, GRANTS Plaintiff's Motion for Service by Email, and DENIES without prejudice Plaintiff's Motion for Temporary Restraining Order.

Plaintiff is ORDERED to serve limited discovery requests on Amazon.com no later than 6:00 p.m. on Wednesday, November 12, 2025, sufficient to discover the following concerning the Defendants identified in the Amended Schedule A attached to Plaintiff's Amended Verified Complaint, Dkt. No. 22: the name, email address, telephone number, address, and Amazon account number for each Defendant, as well as the amount of sales and amount of monies held by Amazon.com associated with each Amazon ASIN account identified as to each Defendant;

Plaintiff is ORDERED to file any renewed Motion for Restraining Order or newly filed Motion for Injunctive Relief no later than 6:00 p.m. on Friday, November 14, 2025;

Plaintiff is ORDERED to serve the Amended Schedule A Defendants a copy of the Amended Verified Complaint, Dkt. No. 20, any renewed Motion for Restraining Order or newly filed Motion for Injunctive Relief, and a copy of this Order by Monday, November 17, 2025.

If Plaintiff files a renewed Motion for Restraining Order or Motion for Injunctive Relief, Defendants are directed to file their Responses no later than 6:00 p.m. on Friday, November 21, 2025. A hearing on any renewed Motion for Restraining Order or Motion for Injunctive Relief will be held on November 24, 2025, at 11:00 a.m. in the undersigned's courtroom at the Walter E. Hoffman Courthouse, 600 Granby Street, Norfolk, VA 23510.

The Clerk is directed to send a copy of this Order to counsel for the Plaintiff.

IT IS SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: November 12, 2025