IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **GUANGDONG AOYUN TECHNOLOGY CO. LTD.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>**Defendants.** | Civil Action No. 2:25-cv- 477 |

**PLAINTIFF'S RENEWED MOTION FOR ENTRY OF A TEMPORARY
RESTRAINING ORDER AND ASSET RESTRAINING ORDER**

Plaintiff Guangdong Aoyun Technology Co. Ltd., by its undersigned counsel and pursuant to Fed. R. Civ. P. 65, hereby moves for a Temporary Restraining Order to be heard on November 24th, 2025.

For the reasons set fourth in Plaintiff's accompanying memorandum, and as supported by evidence presented in Plaintiff's Amended Verified Complaint, and accompanying Declarations, Plaintiff respectfully requests that this Court enter a temporary restraining order against the Defendants on Amended Schedule A of the Amended Verified Complaint

1

Date: November 14, 2025                                              Respectfully submitted,

   /s/   Erik N. Lund
Erik N. Lund
elund@dnlzito.com
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
Robert B. Cadle (*pro hac vice*)
Tel. (202) 763-5086
DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*

## CERTIFICATE OF EFFORTS

I hereby certify that reasonable efforts have been made to give notice to the Defendants listed in Schedule A of the Complaint and that those efforts have not been forthcoming. Defendants are foreign-based entities that operate under pseudo-anonymous Online Storefronts which do not provide information for convenient contact. Plaintiff should not be required to make unreasonably extensive efforts to locate Defendants when direct contact information can be obtained through Third-Party Institutions. The issuance of the Temporary Restraining Order is necessary to obtain such information to give notice to the Defendants listed in Schedule A:

Respectfully submitted,

__/s/__ Erik N. Lund
Erik N. Lund
elund@dnlzito.com
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
Robert B. Cadle (*pro hac vice*)
Tel. (202) 763-5086
DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*