IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

GUANGDONG AOYUN
TECHNOLOGY CO., LTD.,

    Plaintiff,

v.                                            Civil Action. No.  2:25-cv-477

THE UNINCORPORATED
ASSOCIATIONS IDENTIFIED IN
SCHEDULE A,

    Defendants.

## **ORDER**

Before this Court is Plaintiff's Notice of Expedited Discovery Status. Dkt. No. 37. For good cause shown, the Court amends its prior Order, Dkt. No. 34, and hereby

ORDERS that Plaintiff file a Notice of Service with the Court within 24 hours of receipt of responsive discovery from Amazon;

FURTHER ORDERS that Plaintiff shall serve Amended Schedule A Defendants a copy of the Amended Verified Complaint, Dkt. No. 20, their Renewed Motion for Temporary Restraining Order and Asset Restraining Order (Renewed Motion), Dkt. No. 35, and a copy of this Order within 24 hours of receipt of responsive discovery from Amazon;

FURTHER ORDERS that Defendants are directed to file their Responses to Plaintiff's Renewed Motion by 6:00 p.m. on Monday, December 1, 2025. The hearing on Plaintiff's Renewed Motion will be rescheduled and held on December 8, 2025, at 11:00 a.m. in the undersigned's courtroom at the Walter E. Hoffman Courthouse, 600 Granby Street, Norfolk, VA 23510.

The Clerk is directed to send a copy of this Order to counsel for the Plaintiff.

2

IT IS SO ORDERED.

/s/ *(signature)*
_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: November 19, 2025

Case 2:25-cv-00477-EWH-DEM   Document 38   Filed 11/19/25   Page 2 of 2 PageID# 693