IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| GUANGDONG AOYUN TECHNOLOGY CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> Defendants. | Civil Action no. 2:25-CV-477 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
UNDER FRCP 41(a)(1)(A)(i)**

Plaintiff hereby voluntarily dismisses the above action against Defendant #23 Gaiatop (Seller ID: A13VGDGRO65DRT), without prejudice.

No Defendant in this matter has answered nor filed a motion for summary judgment.

Date: December 1, 2025

Respectfully submitted,

__/s/__ *Erik N. Lund*
Erik N. Lund
elund@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
Robert B. Cadle (*pro hac vice*)
rcadle@dnlzito.com
Tel: (202) 763-5086

DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*