# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **12/8/2025**　　　　　　　　　　Judge:　　　Elizabeth W. Hanes
Time Set: **11:00 a.m.**　　　　　　　Reporter:　　Jill Trail
Time**:　11:00 a.m. – 11:50 a.m.**　　Deputy Clerk: Tammy Eubanks

Case Number: **2:25cv477**

**Guangdong Aoyun Technology Co. Ltd.**

vs.

**The Unincorporated Associations Identified in Schedule A**

| Counsel for Plaintiff:<br>Robert Cadle<br>Eric Lund | Counsel for Defendant: |
|---|---|

PROCEEDINGS:

Case on for plaintiff's Renewed Motion for Entry of a Temporary Restraining Order and Asset Restraining Order (ECF #35).

Counsel answered questions of the court.

Argument heard.

For reasons stated on the record, the Court DENIED the Renewed Motion for Temporary Restraining Order and DENIED to enter a show cause order as to why a preliminary injunction should not issue (ECF #35).

Court adjourned.